UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.  07mj2261-JMA |
| | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| ABEL MARTINEZ-PEREZ, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to

the best of her information and belief, and that a copy of the foregoing has been electronically served

this day upon:

> Assistant United States Attorney's Office
> 880 Front Street
> San Diego, CA  92101
> E-mail: Efile.dkt.gc2@usdoj.gov

Dated: September 25, 2007

 /s/ Amber Baylor
**AMBER BAYLOR**
Federal Defenders
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
E-mail: amber_baylor@fd.org