FILED

OCT 18 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ABEL MARTINEZ-PEREZ,<br><br>　　　　　Defendant. | Criminal Case No. 07cr2901-JAH<br><br>I N F O R M A T I O N<br><br>Title 18, U.S.C., Sec. 1001 -<br>False Statement to a Federal<br>Officer |

The United States Attorney charges:

On or about October 17, 2004, within the Southern District of California, defendant ABEL MARTINEZ-PEREZ, in a matter within the jurisdiction of the United States Department of Homeland Security, a department and agency of the United States, did knowingly and willfully make false, fictitious and fraudulent statements and representations as to material facts in that he did represent and state to agents of the United States Border Patrol that his name was Mario Gonzalez-Martinez, whereas in truth and fact, as

/ / /

/ / /

/ / /

/ / /

/ / /

1  defendant then and there well knew that statement and
2  representation was false, fictitious and fraudulent when made; in
3  violation of Title 18, United States Code, Section 1001.
4      DATED:    10/16/07              .

                                   KAREN P. HEWITT
                                   United States Attorney

                                   DAVID D. LESHNER
                                   Assistant U.S. Attorney