AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| v. | |
| ABEL MARTINEZ-PEREZ, | CASE NUMBER: 07MJ2261  07cr2901-JAH |

I, ABEL MARTINEZ-PEREZ, the above named defendant, who is accused of the following: False Statement to a Federal Officer (Felony), in violation of Title 18, U.S.C., Sec. 1001 being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __10/18/07__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Amber Baylor
Counsel for Defendant

Before _____
JUDICIAL OFFICER



FILED