**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

U.S.A. vs ABEL MARTINEZ-PEREZ                           No. 07CR2901-JAH

The Court finds excludable delay, under the section indicated by check (✓),
commenced on _____ and ended on _____ ; ( )
             11-8-07              and ended on    11-19-07       . ( )

3161(h)

____ (1)(A)    Exam or hrg for **mental or physical incapacity**            A
____ (1)(B)    **NARA exam**ination (28:2902)                               B
____ (1)(D)    State or Federal trials or **other charges pending**         C
____ (1)(E)    **Interlocutory appeals**                                    D
____ (1)(F)    **Pretrial motions** (from flg to hrg or other prompt dispo) E
____ (1)(G)    **Transfers from other district** (per FRCrP 20, 21 & 40)    F
____ (1)(J)    **Proceedings under advisement** not to exceed thirty days   G
____           Misc proc: Parole or prob rev, deportation, **extradition**  H
____ (1)(H)    **Transportation** from another district or to/from examination  6
               or hospitalization in ten days or less
_X__ (1)(I)    Consideration by Court of **proposed plea agreement**        (7)
____ (2)       **Prosecution deferred** by mutual agreement                 I
____ (3)(A)(B) **Unavailability of defendant** or **essential witness**     M
____ (4)       Period of **mental or physical incompetence** of defendant to  N
               stand trial
____ (5)       Period of **NARA commitment or treatment**                   O
____ (6)       **Superseding indictment and/or new charges**                P
____ (7)       **Defendant awaiting trial of co-defendant** when no severance  R
               has been granted
____ (8)(A)(B) **Continuance**s granted per (h)(8)-use "T" alone if more than  T
               one of the reasons below are given in support of continuance
____ (8)(B)(I) 1) Failure to grant a **continuance** in the proceeding       (T1)
               would result in a **miscarriage of justice** and
               the ends of justice outweigh the best interest
               of the public and the defendant in a speedy trial.
               **(Continuance - miscarriage of justice)**
  X            2) Failure to grant a **continuance** of the trial would result in
               a miscarriage of justice as the defendant has tendered a
               guilty plea to a magistrate judge and is awaiting a
               determination as to whether the plea will be accepted.
               **(Continuance - tendered a guilty plea)**
____ (8)(B)(ii)  2) **Case** unusual or **complex**                          T2
____ (8)(B)(iii) 3) **Indictment** following arrest **cannot be filed** in thirty (30) days  T3
____ (8)(B)(iv)  4) **Continuance** granted in order to obtain or substitute counsel,  T4
                 or give reasonable time to prepare
                 **(Continuance re counsel)**
____ 3161(I)   Time up to **withdrawal of guilty plea**                      U
____ 3161(b)   **Grand jury indictment time extended** thirty (30) more days W

Date 11/8/07                                    _____
                                                     Judge's Initials